to represent Appellant and that the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 17–0429/AF. U.S. v. Clarence Anderson III. CCA 39023. On consideration of Appellant's motion for leave to file the supplement to the petition for grant of review that complies with Rule 24(c) but does not comply with Rule 21(b), and motion to file the supplement under seal, it is ordered that said motions are hereby granted.

No. 17–0434/AF. U.S. v. Edzel D. Mangahas. CCA 2016–10. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to July 7, 2017.

No. 17–0443/AF. U.S. v. Brandon M. Hardee. CCA S32360. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 3, 2017.

No. 17–0444/AF. U.S. v. James R. Stortz. CCA S32377. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 3, 2017.

No. 17–0457/AF. U.S. v. Derrick M. Hacker. CCA 38972. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to July 5, 2017.

Thursday, June 15, 2017

No. 17–0428/AR. U.S. v. Raymond P. Pasay. CCA 20140930. On consideration of Appellant's motion to dismiss the petition for grant of review pending reconsideration at the United States Army Court of Criminal Appeals, and subsequent motion to dismiss the petition for grant of review, or in the alternative, to file the supplement out of time, it is ordered that Appellant's motion to dismiss the petition for grant of review dated May 30, 2017, is hereby granted without prejudice, and Appellant's motion to dismiss the petition for grant of review, or in the alternative, to file the supplement out of time dated June 13, 2017, is hereby denied as moot.

No. 17–0003/AR. U.S. v. Christopher B. Hukill. CCA 20140939. On consideration of Appellee's petition for reconsideration of this Court's decision, *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017), it is ordered that said petition for reconsideration be, and the same is, hereby denied.